# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,
    Plaintiff

v.                               Case No. 1:00-mj-59

Benny R. Roberts,
    Defendant

## ORDER

On April 24, 2000, Magistrate Judge Jack Sherman ordered a cash bond of Five Thousand Dollars ($5,000) at 10% be posted to ensure defendant's presence in the United States District Court for Northern District of Texas at Amarillo on May 3, 2000.  On May 1, 2000, defendant posted bond of Five Hundred Dollars ($500) with the Clerk of Courts.  On June 2, 2000, defendant was brought before Magistrate Judge Jack Sherman for failure to appear in the Northern District of Texas as previously ordered, and bond was revoked.

Therefore, **IT IS ORDERED** that the Five Hundred Dollars ($500) revoked by Magistrate Judge Sherman be **FORFEITED** to the Clerk of Courts to be deposited in the treasury of the United States of America in the name and to the credit of the United States of America.

Date: November 7, 2005                    s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Chief Judge
                                                    United States District Court